IDA DUGAN, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

PETER DUGAN, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

(Argued October 26, 1932; decided November 22, 1932.)

*Irving W. Young, Jr., N. H. Egleston, Edward F. Snydstrup* and *Charles T. Russell* for appellant.

*Myle J. Holley* and *Herman Zarin* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.